Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____   Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
### Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **Double H Services, LLC** | |
| 2. All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 2 6 – 0 2 7 0 5 9 7 | |
| 4. Debtor's address | **Principal place of business**  **2611 N. 11th street**  Number   Street  **Enid, OK 73701**  City   State   ZIP Code  **Garfield**  County | **Mailing address, if different from principal place of business**  Number   Street  City   State   ZIP Code  **Location of principal assets, if different from principal place of business**  Number   Street  City   State   ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Double H Services, LLC**  
      Name

Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. §101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))  
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4 8 4 9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No  
☐ Yes. District _____ When _____ Case number _____  
                           MM / DD / YYYY  
      District _____ When _____ Case number _____  
                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No  
☑ Yes. Debtor **C & T Oilfield Service Inc.**    Relationship **Corporate Parent**  
     District **Southern District of Texas**    When _____  
                                              MM / DD / YYYY  
     Case number, if known _____

Debtor   **Double H Services, LLC**　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　　Name

**11. Why is the case filed in *this district*?**　*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　　Number　　Street
_____
City　　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49　　☐ 50-99　　☐ 1,000-5,000　　☐ 5,001-10,000　　☐ 25,001-50,000　　☐ 50,000-100,000
☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000　　　　　　☒ $1,000,001-$10 million　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion

Debtor  **Double H Services, LLC**    Case number *(if known)* _____
         Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/14/2025**
            MM/ DD/ YYYY

X **/s/ Charles W Minshew III**              **Charles W Minshew III**
Signature of authorized representative of debtor    Printed name

Title    **President**

### 18. Signature of attorney

X **/s/ Richard L Fuqua, II**     Date **07/14/2025**
Signature of attorney for debtor         MM/ DD/ YYYY

**Richard L Fuqua, II**
Printed name

**Fuqua & Associates, P.C.**
Firm name

**8558 Katy Fwy Suite 119**
Number     Street

**Houston**                        **TX**      **77024**
City                                State     ZIP Code

**(713) 960-0277**                 **fuqua@fuqualegal.com**
Contact phone                      Email address

**07552300**                       **TX**
Bar number                         State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page **4**

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                           **$1,053,870.43**
   b. Total debts (including debts listed in 2.c., below)    **$6,098,306.81**
   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   secured ☐  unsecured ☐  subordinated ☐  _____  _____
   secured ☐  unsecured ☐  subordinated ☐  _____  _____
   secured ☐  unsecured ☐  subordinated ☐  _____  _____
   secured ☐  unsecured ☐  subordinated ☐  _____  _____
   secured ☐  unsecured ☐  subordinated ☐  _____  _____

   d. Number of shares of preferred stock       _____
   e. Number of shares common stock             _____

   Comments, if any: _____

3. Brief description of debtor's business _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case:

Debtor name: **Double H Services, LLC**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Newtek Small Business<br>1981 Marcus Ave Ste 130<br>New Hyde Park, NY 11042-1046 | | Equipment loan/ UCC Filing | | $3,041,097.35 | $272,000.00 | $2,769,097.35 |
| 2 | SBA<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155 | | | | | | $1,867,200.00 |
| 3 | Brian Holman Sr.<br>P.O. Box 187<br>Garber, OK 73738 | | Loan-Owner Finance | | | | $325,000.00 |
| 4 | Chase Bank<br>1121 Polaris Pkwy<br>Columbus, OH 43240 | | Line of Credit | | | | $151,873.62 |
| 5 | Pacaar Financial<br>123 Maine St.<br>Seattle, WA 98101 | | 2023 Kenworth | | $124,246.60 | $20,000.00 | $104,246.60 |
| 6 | Striker Oilfield<br>P.O. Box 657<br>Kingfisher, OK 73750 | | Equipment/Owner Finance. Laydown machines. Pipe racks. | | $89,939.53 | $5,500.00 | $84,439.53 |
| 7 | Pacaar Financial<br>123 Maine St.<br>Seattle, WA 98101 | | 2023 Vehicle | | $92,062.55 | $20,000.00 | $72,062.55 |
| 8 | Slim Capital<br>9301 Wilshire Blvd. 425<br>Beverly Hills, CA 90210 | | Equipment Lien. 3 Trucks and 5 APU's | | $83,610.15 | $16,700.00 | $66,910.15 |

Debtor **Double H Services, LLC**  
　　　　Name

Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Paacar Financial<br>123 Maine St.<br>Seattle, WA 98101 | | 2022 Kenworth | | $70,732.94 | $20,000.00 | $50,732.94 |
| 10 | Ford Credit<br>P.O. Box 31111<br>Tampa, FL 33631 | | 2024 F-250 Vin #: G01171 | | $58,925.19 | $20,000.00 | $38,925.19 |
| 11 | Earnheart Crescent LLC<br>12782 West County Road 60<br>Marshall, OK 73056 | | | | | | $37,547.69 |
| 12 | Channel Partners<br>1100 Wayzata Blvd. 305<br>Hopkins, MN 55305 | | 2019 Kenworth VIN #: 255322 | | $26,825.00 | $5,000.00 | $21,825.00 |
| 13 | Ford Credit<br>P.O. Box 31111<br>Tampa, FL 33631 | | 2020 F-250 VIN #: C22729 | | $33,012.51 | $13,000.00 | $20,012.51 |
| 14 | Ford Credit<br>P.O. Box 31111<br>Tampa, FL 33631 | | 2020 F-250 Vehicle | | $32,988.47 | $13,000.00 | $19,988.47 |
| 15 | SumiTomo Finance<br>666 3rd Ave 8th Floor<br>New York, NY 10017 | | Two Flatbed Trailers VIN #: 546369, 546371 | | $20,980.42 | $6,000.00 | $14,980.42 |
| 16 | Bruckner's<br>P.O. Box 830604<br>Birmingham, AL 35283 | | Charge account | | | | $12,842.51 |
| 17 | MHC Kenworth - OKC<br>7200 W. I-40 Suc Rd.<br>Oklahoma City, OK 73128 | | Charge account | | | | $12,280.10 |
| 18 | Hungtington Bank<br>L-3708<br>Columbus, OH 43260 | | 2014 Volvo VIN #: 165620 | | $14,130.61 | $5,000.00 | $9,130.61 |
| 19 | Anchor Acceptance<br>Po Box 860<br>N Sioux City, SD 57049-0860 | | 2 Ag Hoppers | | $3,011.57 | $5,000.00 | $3,011.57 |
| 20 | | | | | | | |

Official Form 204　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　page 2