**Fill in this information to identify the case:**

Debtor name: **Double H Services, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (if known): **25-33978**

☒ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1 Creditor's name**
Anchor Acceptance

**Creditor's mailing address**
Po Box 860
N Sioux City, SD 57049-0860

**Creditor's email address, if known**

**Date debt was incurred**  07/09/2021

**Last 4 digits of account number**  2 2 8 2

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
   1) Channel Partners ; **2) Anchor Acceptance**

**Remarks:** anchor.receivables@wilsontrailer.com

**Describe debtor's property that is subject to a lien**
2019 Kentworth

**Describe the lien**
2 Ag Hoppers

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$3,011.57**    Column B: **$5,000.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$5,677,084.89**

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page **1** of **16**

Debtor **Double H Services, LLC**
      Name

Case number (if known) **25-33978**

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** **Creditor's name**
**Ascentium Capital**

**Creditor's mailing address**
**23970 Highway 59 North**
**Kingwood, TX 77339**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**
Wilson Hopper bottoms

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$34,694.00     unknown

Debtor **Double H Services, LLC**
     Name

Case number (if known) **25-33978**

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** **Creditor's name**
<u>**Balboa Capital**</u>

**Describe debtor's property that is subject to a lien**
<u>2020 Workhorse Laydown Machine</u>

<u>**$83,628.00**</u>     <u>**unknown**</u>

**Creditor's mailing address**
<u>**575 Anton Blvd Ste 1080**</u>
<u>**Costa Mesa, CA 92626**</u>

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **Double H Services, LLC**
      Name

Case number (if known) **25-33978**

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4 Creditor's name**
Channel Partners

**Creditor's mailing address**
1100 Wayzata Blvd. 305
Hopkins, MN 55305

**Creditor's email address, if known**

**Date debt was incurred**  4-15-21

**Last 4 digits of account number**  5 9 4 1

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☒ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
2019 Kentworth

**Describe the lien**
2019 Kenworth VIN #: 255322

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$26,825.00**
Value of collateral: **$5,000.00**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **4** of **16**

Debtor  **Double H Services, LLC**
<span style="margin-left:2em">Name</span>

Case number (if known) **25-33978**

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.5**

**Creditor's name**
Ford Credit

**Creditor's mailing address**
P.O. Box 31111
Tampa, FL 33631

**Creditor's email address, if known**

**Date debt was incurred**  09/19/2022

**Last 4 digits of account number**  8 6 2 3

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**
2020 Ford F-250

**Describe the lien**
2020 F-250 Vehicle

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$32,988.47          $13,000.00

Debtor **Double H Services, LLC**
Name

Case number (if known) **25-33978**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.6** **Creditor's name**
Ford Credit

**Describe debtor's property that is subject to a lien**
2020 Ford F-250

$33,012.51

$13,000.00

**Creditor's mailing address**
P.O. Box 31111
Tampa, FL 33631

**Describe the lien**
2020 F-250 VIN #: C22729

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**  09/19/2022

**Last 4 digits of account number**  8 6 1 9

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **Double H Services, LLC**
      Name

Case number (if known) **25-33978**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**
**Ford Credit**

**Describe debtor's property that is subject to a lien**
2024 Ford F-250

**$58,925.19**  **$20,000.00**

**Creditor's mailing address**
P.O. Box 31111
Tampa, FL 33631

**Describe the lien**
2024 F-250 Vin #: G01171

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** 12-31-24

**Last 4 digits of account number** 8 0 6 8

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  **Double H Services, LLC**
         Name

Case number (if known) **25-33978**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.8  Creditor's name**
Hungtington Bank

**Describe debtor's property that is subject to a lien**
2014 Volvo

$14,130.61      $5,000.00

**Creditor's mailing address**
L-3708
Columbus, OH 43260

**Describe the lien**
2014 Volvo VIN #: 165620

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**  11-1-2022

**Last 4 digits of account number**  5 9 2 6

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines ____

Debtor **Double H Services, LLC**
Name

Case number (if known) **25-33978**

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** **Creditor's name**
Newtek Small Business

**Describe debtor's property that is subject to a lien**
Equipment

$3,041,097.35          $272,000.00

**Creditor's mailing address**
1981 Marcus Ave Ste 130
New Hyde Park, NY 11042-1046

**Describe the lien**
Equipment loan/ UCC Filing

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** 09/27/2019

**Last 4 digits of account number** 6 4 2 1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ____

**Remarks:** mbettis@newtekore.com

Debtor **Double H Services, LLC**
Name

Case number (if known) **25-33978**

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10** **Creditor's name**
**Paacar Financial**

**Creditor's mailing address**
**123 Maine St.**
**Seattle, WA 98101**

**Creditor's email address, if known**

**Date debt was incurred**   **01/11/2022**

**Last 4 digits of account number**   **7 6 3 0**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 Kenworth

**Describe the lien**
2022 Kenworth

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$70,732.94     $20,000.00

Debtor  **Double H Services, LLC**
        _Name_

Case number (if known) **25-33978**

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.11**  **Creditor's name**
Pacaar Financial

**Creditor's mailing address**
123 Maine St.
Seattle, WA 98101

**Creditor's email address, if known**

**Date debt was incurred**  02/22/2022

**Last 4 digits of account number**  1 9 6 1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**
2023 Kenworth

**Describe the lien**
2023 Vehicle

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $92,062.55
Column B: $20,000.00

Debtor **Double H Services, LLC**
Name

Case number (if known) **25-33978**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.12** **Creditor's name**
Pacaar Financial

**Creditor's mailing address**
123 Maine St.
Seattle, WA 98101

**Creditor's email address, if known**

**Date debt was incurred** 09/02/2022

**Last 4 digits of account number** 6 2 7 1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2023 Kenworth

**Describe the lien**
2023 Kenworth

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$124,246.60       $20,000.00

Debtor **Double H Services, LLC**
      Name

Case number (if known) **25-33978**

---

| **Part 1:** | Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13 Creditor's name**
SBA

**Describe debtor's property that is subject to a lien**

$1,867,200.00    unknown

**Creditor's mailing address**
14925 Kingsport Rd.
Fort Worth, TX 76155

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 6-16-2020

**Last 4 digits of account number** 8 4 3 6

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  **Double H Services, LLC**
      Name

Case number (if known) **25-33978**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.14**  **Creditor's name**
**Slim Capital**

**Describe debtor's property that is subject to a lien**
3 Trucks and 5 APUs

$83,610.15    $16,700.00

**Creditor's mailing address**
9301 Wilshire Blvd. 425
Beverly Hills, CA 90210

**Describe the lien**
Equipment Lien. 3 Trucks and 5 APU's

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**   5-14-2021

**Last 4 digits of account number**   2  7  2  3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **Double H Services, LLC**
      Name

Case number (if known) **25-33978**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.15**  **Creditor's name**
Striker Oilfield

**Describe debtor's property that is subject to a lien**
Equipment/Owner Finance Laydown machines, Pipe racks

$89,939.53

$5,500.00

**Creditor's mailing address**
P.O. Box 657
Kingfisher, OK 73750

**Describe the lien**
Equipment/Owner Finance. Laydown machines. Pipe racks.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  3-7-2022

**Last 4 digits of account number**  __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Double H Services, LLC | Case number (if known) | 25-33978 |
|---|---|---|---|
| | Name | | |

**Part 1:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.16**  **Creditor's name**
SumiTomo Finance

**Creditor's mailing address**
666 3rd Ave 8th Floor
New York, NY 10017

**Creditor's email address, if known**

**Date debt was incurred**  6-21-21
**Last 4 digits of account number**  9  9  9  8

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.

 ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**
Two Flatbed Trailers

**Describe the lien**
Two Flatbed Trailers VIN #: 546369, 546371

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,980.42          $6,000.00